UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TRAVELERS CASUALTY & SURETY CO. OF AMERICA** | **CASE NO. 6:22-CV-00690** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KARL BROUSSARD** | **MAGISTRATE JUDGE DAVID J. AYO** |

### ORDER

For the reasons set forth in the Ruling issued this date, the Report and Recommendation [ECF No. 20] addressing the Partial Motion to Dismiss and for More Definite Statement filed by Defendant Karl Broussard is ADOPTED IN PART. In conformity with the Court's Ruling,

IT IS HEREBY ORDERED that Defendant's Partial Motion to Dismiss is GRANTED IN PART and DENIED IN PART. Specifically, the motion is granted with respect to the claim of unjust enrichment and that claim is DISMISSED. The motion is denied in all other respects.

IT IS FURTHER ORDERED that, to the extent Plaintiff intends to pursue its claims of fraud and breach of contract, it is to file an amended complaint within twenty-one (21) days of issuance of this Order. Failure to amend the complaint with regard to the forgoing claims will result in dismissal of those claims.

THUS DONE in Chambers on this 27th day of January, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE