UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TRAVELERS CASUALTY & SURETY CO OF AMERICA** | **CASE NO. 6:22-CV-00690** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KARL BROUSSARD** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a second motion to dismiss or for more definite statement pursuant to filed by defendant Karl Broussard. (Rec. Doc. 28). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss or for more definite statement (Rec. Doc. 28) is DENIED in all respects.

Signed at Lafayette, Louisiana, this 2nd day of August, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE